SLIP OP. 12-111

## UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| SIOUX HONEY ASSOCIATION, ADEE HONEY FARMS, MONTEREY MUSHROOMS, INC., THE GARLIC COMPANY, and BEAUCOUP CRAWFISH, INC., dba RICELAND CRAWFISH, INC., individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>    v.<br><br>UNITED STATES,<br><br>        Defendant. | Before: Timothy C. Stanceu, Judge<br><br>Court No. 09-00141 |

### JUDGMENT

In accordance with the decision of the U.S. Court of Appeals for the Federal Circuit in *Sioux Honey Association v. Hartford Fire Insurance Company*, 672 F.3d 1041 (Fed. Cir. 2012), the resulting mandate, and all other filings and proceedings herein, it is hereby

**ORDERED** that Count One of the complaint as asserted against the surety defendants be, and hereby is, DISMISSED for lack of jurisdiction; and it is further

**ORDERED** that Count Eleven of the complaint be, and hereby is, DISMISSED for lack of jurisdiction.

/S/        Timothy C. Stanceu
—————————————————————
            Judge

Dated: August 29, 2012
       New York, New York